**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/18/2022

IN RE:

PATRICK T. DONOFRIO, SR.
BRENDA J. DONOFRIO
206 S. SCOTLAND LANE
NEW CASTLE, PA 16101
XXX-XX-7612          Debtor(s)

XXX-XX-8368

Case No. 17-20554 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/18/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **YOUNG J SONG MD**<br>POB 640476<br>PITTSBURGH, PA 15264-0476 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3688 |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: 844.77/PL*DKT4PMT-LMT*BGN 3/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0646 |
| **HYUNDAI CAPITAL AMERICA D/B/A KIA MOTORS**<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7-3<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/CONF*NT PROV/PL*AMD CL=$0*W/51 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9932 |
| **HYUNDAI LEASE TITLING TRUST**<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 6,387.21<br>COMMENT: SURR/PL*CL=6363.45 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3600 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 527.13<br>COMMENT: 0731/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,039.89<br>COMMENT: 2917/SCH*APPLIED BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0044 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 3,345.95<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4832 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 6,017.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1645 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 804.12<br>COMMENT: 0391/SCH*CAPITAL ONE~RCS DIRECT MARKET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3104 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1040 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5285 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 4,482.75<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4446 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 738.80<br>COMMENT: GIANT EAGLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8780 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~TOTAL REWARDS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2669 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~TOTALS REWARDS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0102 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 789.22<br>COMMENT: HSN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8003 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 454.03<br>COMMENT: 1557/SCH*CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5106 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 1,669.96<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3728 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 2,638.94<br>COMMENT: CHARGE OFF: 1/31/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2363 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,319.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2248 |
| **FIRST BANKCARD CENTER**<br>P.O. BOX 3331<br>OHAMA, NE 68103 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8135 |
| **FIRST MERIT BANK**<br>295 FIRST MERIT CIRCLE<br>AKRON, OH 44307 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1129 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 491.18<br>COMMENT: 9246/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8135 |
| **GNC COMMUNITY F C U**<br>201 S JEFFERSON ST<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3837 |
| **GNC COMMUNITY F C U**<br>201 S JEFFERSON ST<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2200 |
| **QUANTUM3 GROUP LLC AGNT - CROWN ASSET**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,241.84<br>COMMENT: LA Z BOY/GE CAP~SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9846 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0352 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4859 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 223.20<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4527 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MERRICK BANK** C/O RESURGENT CAPITAL SVCS** POB 10368 GREENVILLE, SC 29603-0368 | Trustee Claim Number:31 INT %: 0.00% Court Claim Number:13 CLAIM: 2,891.16 COMMENT: 8100/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7939 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number:32 INT %: 0.00% Court Claim Number:25 CLAIM: 3,275.19 COMMENT: BARCLAYS BANK/NFL EXTRA POINTS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2942 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK** C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE, WA 98124-3978 | Trustee Claim Number:33 INT %: 0.00% Court Claim Number:10 CLAIM: 3,244.40 COMMENT: FR COMENITY CAPITAL BANK-DOC 56 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3439 |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:34 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~QVC/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0676 |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:35 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2339 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number:36 INT %: 0.00% Court Claim Number:26 CLAIM: 1,365.18 COMMENT: 6586/SCH*SEARS CARD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8336 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGENT PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number:37 INT %: 0.00% Court Claim Number:20 CLAIM: 224.48 COMMENT: 2060/SCH*SYNCHRONY BANK~AMAZON | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6645 |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41031 NORFOLK, VA 23541 | Trustee Claim Number:38 INT %: 0.00% Court Claim Number:24 CLAIM: 2,433.88 COMMENT: 0010/SCH*SYNCHRONY BANK~BP OR GEMB | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6842 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGENT PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number:39 INT %: 0.00% Court Claim Number:19 CLAIM: 274.27 COMMENT: 0695/SCH*SYNCHRONY BANK~EVINE LIVE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5965 |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number:40 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~SAMS CLUB/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1620 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 398.51<br>COMMENT: 3606/SCH*WALMART/GEMB | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2630 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3412 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5322 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 520.93<br>COMMENT: 7729/SCH*623372333*W/50 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2333 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 6,617.75<br>COMMENT: 9327/SCH*623672213*NO SEC/SCH*CL22GOVS*2500@0%~$45/MO*W/53 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2213 |
| **CAPITAL MANAGEMENT SERVICES**<br>698 1/2 SOUTH OGDEN ST<br>BUFFALO, NY 14206 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GREGG L MORRIS ESQ**<br>PATENAUDE & FELIX APC<br>501 CORPORATE DRIVE<br>SOUTHPOINTE CENTER SUITE 205<br>CANONSBURG, PA 15317 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MERCANTILE ADJUSTMENT BUREAU LLC**<br>165 LAWRENCE BELL DR STE 100<br>WILLIAMSVILLE, NY 14221 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,970.11<br>COMMENT: $/PL-CL*THRU 2/17 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0646 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 11,983.00<br>COMMENT: 623372333*CL21GOVS*5k@0%~$100/M0*NO SEC/SCH*W/44 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2333 |

| CLAIM RECORDS | | |
|---|---|---|
| **HYUNDAI CAPITAL AMERICA D/B/A KIA MOTORS** <br> PO BOX 20825 <br><br> FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number:51  INT %: 0.00% <br> Court Claim Number:7-3 <br><br> CLAIM: 11,661.05 <br> COMMENT: AMD*REPO*SURR/CONF @ 4 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9932 |
| **SANTANDER CONSUMER USA**\*\* <br> PO BOX 961245 <br><br> FT WORTH, TX 76161-1245 | Trustee Claim Number:52  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: PMT/AMD PLAN*SEE WORKSHEET=LMT*BGN 5/18*$0ARRS/PL | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: |
| **WELLS FARGO FINANCIAL NATIONAL BANK** <br> C/O WELLS FARGO BANK NA <br> PO BOX 14487 <br><br> DES MOINES, IA 50309 | Trustee Claim Number:53  INT %: 0.00% <br> Court Claim Number:22 <br><br> CLAIM: 0.00 <br> COMMENT: UNS/SCH@45*CL=$0 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2213 |