IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Patrick T. Donofrio, Sr. | : | Bankruptcy No. 17-20554-GLT |
| Brenda J. Donofrio | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Patrick T. Donofrio, Sr. | : | |
| Brenda J. Donofrio | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 16, 2017, at docket numbers 18 and 19, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

    Dated: April 28, 2022         By:    /s/ Michael C. Eisen
                                          Michael C. Eisen, Esquire
                                          PA ID# 74523
                                          M. Eisen & Associates, P.C.
                                          404 McKnight Park Drive
                                          Pittsburgh, PA 15237
                                          412-367-9005
                                          attorneyeisen@yahoo.com

**PAWB Local Form 24 (07/13)**