Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Patrick T. Donofrio Sr.** | : | Case No. 17−20554−GLT |
| **Brenda J. Donofrio** | : | Chapter: 13 |
| **fka Brenda J. Vincent** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 69 |
| | : | |
| v. | : | Hearing Date: 6/29/22 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of April, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 69 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  *On or before June 13, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *June 29, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

                                                                    Gregory L. Taddonio, Judge
                                                                    United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20554-GLT |
| Patrick T. Donofrio, Sr. | Chapter 13 |
| Brenda J. Donofrio | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 27, 2022 | Form ID: 604 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick T. Donofrio, Sr., Brenda J. Donofrio, 206 S. Scotland Lane, New Castle, PA 16101-1338 |
| 14365041 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14421449 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14377280 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14365054 | ++ | FIRSTMERIT BANK NA, 3 CASCADE PLAZA CAS36, 3RD FLOOR, AKRON OH 44308-1124 address filed with court:, First Merit Bank, PO Box 1499, Akron, OH 44309 |
| 14365055 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14365053 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14365056 | + | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14409928 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14365058 | + | Gregg L. Morris, Esq., Patenaude & Felix APC, 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14365059 | + | Kia Motors Finance, Attn: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14365060 | + | LA-Z Boy Furniture Gallery, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14365062 | + | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive, Ste 100, Buffalo, NY 14221-7900 |
| 14365064 | + | Northstar Location Services LLC, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 14645625 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14365075 | + | Wells Fargo Financial National Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2022 00:07:00 | Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14365040 | | Email/Text: bnc-applied@quantum3group.com | Apr 28 2022 00:07:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 14365039 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:40 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14415396 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:12:13 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14365041 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14421449 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 28 2022 00:06:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14401734 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN |

Case 17-20554-GLT    Doc 73    Filed 04/29/22    Entered 04/30/22 00:28:03    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 604 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | | AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14365042 | + | Email/Text: cms-bk@cms-collect.com | Apr 28 2022 00:06:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14365043 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:40 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14365044 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:16 | Care Credit, Synchrony Bank, Attn: Banrkuptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14365046 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | Citi Cards, Box 6500, Sioux Falls, SD 57117-6500 |
| 14365047 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14365048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Bank/Total Rewards Visa Sig, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14365049 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 14365050 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2022 00:12:16 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14365051 | | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14369644 | | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14365052 | | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 28 2022 00:07:00 | Fifth Third Bank, Customer Service MD 1MOC2G-4050, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14377280 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 28 2022 00:06:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14377493 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 28 2022 00:06:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14365056 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 28 2022 00:06:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14409928 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 28 2022 00:06:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14365057 | + | Email/Text: AmandaM@GNCFCU.COM | Apr 28 2022 00:07:00 | GNC Community FCU, 201 S. Jefferson Street, New Castle, PA 16101-3823 |
| 14378153 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2022 00:07:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14650907 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 28 2022 00:07:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14365045 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:12:26 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14414649 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:33 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14410279 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14365061 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:28 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14410453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2022 00:12:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 17-20554-GLT   Doc 73   Filed 04/29/22   Entered 04/30/22 00:28:03   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 604 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14365063 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2022 00:12:26 | Merrick Bank, Customer Service, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14521487 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14653420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373370 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14365065 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14365066 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:17 | QVC, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14394977 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377782 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14381094 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377783 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14365070 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:41 | SYNCB/BP DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14365071 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | SYNCB/Evine Live, PO Box 65005, Orlando, FL 32896-0001 |
| 14365072 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:28 | SYNCB/Sam's Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14365073 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:31 | SYNCB/Walmart Dual Card, PO Box 965024, Orlando, FL 32896-5024 |
| 14953546 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14365067 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:16 | Sam's Club, Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14365068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14365069 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:32 | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14651243 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14365074 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | Walmart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 27, 2022 | Form ID: 604 | Total Noticed: 62

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael C. Eisen | on behalf of Debtor Patrick T. Donofrio Sr. attorneyeisen@yahoo.com, aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor Brenda J. Donofrio attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9