IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/14/22 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PATRICK T. DONOFRIO, SR.
BRENDA J. DONOFRIO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-20554

Chapter 13

Related to Dkt. No. 69

## ORDER OF COURT

AND NOW, this 14th day of June 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_[signature]_
GREGORY L. TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20554-GLT |
| Patrick T. Donofrio, Sr. | Chapter 13 |
| Brenda J. Donofrio | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick T. Donofrio, Sr., Brenda J. Donofrio, 206 S. Scotland Lane, New Castle, PA 16101-1338 |
| 14365054 | ++ | FIRSTMERIT BANK NA, 3 CASCADE PLAZA CAS36, 3RD FLOOR, AKRON OH 44308-1124 address filed with court:, First Merit Bank, PO Box 1499, Akron, OH 44309 |
| 14365055 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 14365053 | + | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 14365058 | + | Gregg L. Morris, Esq., Patenaude & Felix APC, 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14365059 | + | Kia Motors Finance, Attn: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14365060 | + | LA-Z Boy Furniture Gallery, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14645625 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14365075 | + | Wells Fargo Financial National Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 15 2022 00:12:00 | Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 00:12:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14365040 | | Email/Text: bnc-applied@quantum3group.com | Jun 15 2022 00:12:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 14365039 | + | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:18:18 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14415396 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:17:56 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14365041 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 00:11:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14421449 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 15 2022 00:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14401734 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 00:12:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14365042 | + | Email/Text: cms-bk@cms-collect.com | Jun 15 2022 00:12:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14365043 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 00:17:57 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14365044 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 17-20554-GLT    Doc 82    Filed 06/16/22    Entered 06/17/22 00:27:20    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 15 2022 00:17:56 | Care Credit, Synchrony Bank, Attn: Banrkuptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14365046 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 15 2022 00:18:10 | Citi Cards, Box 6500, Sioux Falls, SD 57117-6500 |
| 14365047 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 15 2022 00:12:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14365048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 15 2022 00:12:00 | Comenity Bank/Total Rewards Visa Sig, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14365049 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 15 2022 00:12:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 14365050 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 15 2022 00:17:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14365051 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 15 2022 00:11:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14369644 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 15 2022 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14365052 | | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | | Jun 15 2022 00:12:00 | Fifth Third Bank, Customer Service MD 1MOC2G-4050, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 14377280 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jun 15 2022 00:12:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14377493 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | | |
| | | | Jun 15 2022 00:12:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14365056 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Jun 15 2022 00:12:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14409928 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Jun 15 2022 00:12:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14365057 | + | Email/Text: AmandaM@GNCFCU.COM | | |
| | | | Jun 15 2022 00:12:00 | GNC Community FCU, 201 S. Jefferson Street, New Castle, PA 16101-3823 |
| 14378153 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jun 15 2022 00:12:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14650907 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jun 15 2022 00:12:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14365045 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 15 2022 00:18:15 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14414649 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 15 2022 00:17:59 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14410279 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 15 2022 00:18:09 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14365061 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 15 2022 00:18:16 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14410453 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 15 2022 00:18:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14365062 | ^ | MEBN | | |
| | | | Jun 15 2022 00:08:51 | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive, Ste 100, Buffalo, NY 14221-7900 |
| 14365063 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 15 2022 00:18:07 | Merrick Bank, Customer Service, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14521487 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 15 2022 00:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 17-20554-GLT   Doc 82   Filed 06/16/22   Entered 06/17/22 00:27:20   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14365064 | ^ | MEBN | Jun 15 2022 00:08:02 | Northstar Location Services LLC, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 14653420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2022 00:18:19 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373370 | + | Email/PDF: rmscedi@recoverycorp.com Jun 15 2022 00:17:59 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14365065 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:17 | | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14365066 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:16 | | QVC, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14394977 | | Email/Text: bnc-quantum@quantum3group.com Jun 15 2022 00:12:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377782 | | Email/Text: bnc-quantum@quantum3group.com Jun 15 2022 00:12:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14381094 | | Email/Text: bnc-quantum@quantum3group.com Jun 15 2022 00:12:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377783 | | Email/Text: bnc-quantum@quantum3group.com Jun 15 2022 00:12:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14365070 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:17:56 | | SYNCB/BP DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14365071 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:17 | | SYNCB/Evine Live, PO Box 65005, Orlando, FL 32896-0001 |
| 14365072 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:16 | | SYNCB/Sam's Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14365073 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:06 | | SYNCB/Walmart Dual Card, PO Box 965024, Orlando, FL 32896-5024 |
| 14953546 | + | Email/Text: bncmail@w-legal.com Jun 15 2022 00:12:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14365067 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:06 | | Sam's Club, Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14365068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 15 2022 00:18:10 | | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14365069 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:06 | | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14651243 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:18 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14365074 | + | Email/PDF: gecsedi@recoverycorp.com Jun 15 2022 00:18:16 | | Walmart, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael C. Eisen | on behalf of Debtor Patrick T. Donofrio Sr. attorneyeisen@yahoo.com, aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor Brenda J. Donofrio attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9